**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Mark Quintin GALLOWAY, Petitioner**

**No. 589 MAL 2016**

Supreme Court of Pennsylvania.

December 28, 2016

## ORDER

PER CURIAM

**AND NOW**, this 28th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Paul Sean JONES, Petitioner**

**No. 587 MAL 2016**

Supreme Court of Pennsylvania.

December 28, 2016

## ORDER

PER CURIAM

**AND NOW**, this 28th day of December, 2016, the Petition for Allowance of Appeal and Application for Leave to Supplement PAA are **DENIED**.